**Timi Stephen JONES, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 16-2460**

United States Court of Appeals, Fourth Circuit.

Submitted: June 8, 2017

Decided: June 20, 2017

H. Glenn Fogle, Jr., THE FOGLE LAW FIRM, LLC, Atlanta, Georgia, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Anthony C. Payne, Assistant Director, Lance L. Jolley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Before MOTZ, AGEE, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timi Stephen Jones, a native and citizen of Liberia, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion for reconsideration. We have thoroughly reviewed the record and conclude that the Board did not abuse its discretion by denying reconsideration. *See Urbina v. Holder*, 745 F.3d 736, 741 (4th Cir. 2014). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*